UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORACLE FINANCIAL GROUP LLC, Plaintiff, -against- LEMBERG LAW LLC, Defendant. | Case No.:1:17-cv-00956 |

**NOTICE OF MOTION**

| | |
|---|---|
| Nature of Action: | Lanham, 15 U.S.C. §1051 *et seq.*; trade libel/commercial disparagement and defamation law under the laws of the State of New York. |
| Moving Party: | Plaintiff. |
| Directed To: | The Court. |
| Date and Time: | To be scheduled by the Court. |
| Place: | United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers | Declaration of Kevin P. Wicka, Esq. dated December 29, 2017. |
| Answering Papers: | If any, are due fourteen (14) days from the service of this motion pursuant to Local Rule 7(b)(2)(B) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| Relief Requested: | An Order pursuant to Local Rule of Civil Procedure 7 amending the Court's Scheduling Order with respect to responses and replies to defendant's motion to dismiss (Docket #9) and for such further relief as the Court deems just and proper. |

Oral Argument: If deemed necessary by the Court.

Dated: December 29, 2017

**By: THE TARANTINO LAW FIRM, LLP**

/s/ Kevin P. Wicka, Esq.
Kevin P. Wicka, Esq.
Attorneys for Plaintiff
1500 Rand Building
14 Lafayette Square
Buffalo, New York 14203
716-849-6500
kwicka@tarantinolaw.com

TO: Vlad Hirnyk, Esq.
Lemberg Law
43 Danbury Road
Wilton, CT 06897
203-653-2250
vhirnyk@lemberglaw.com